FERGUSON, Respondent, v. TOWN OF LEWISBORO, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Helen Margaret Ferguson, an infant, etc., against the Town of Lewisboro. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 149 App. Div. 232, 133 N. Y. Supp. 699; 140 N. Y. Supp. 1119.

FERGUSON, Respondent, v. TOWN OF LEWISBORO, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Helen Margaret Ferguson, an infant, etc., against the Town of Lewisboro. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 1119) granted, without costs.

FIRST COMMERCIAL BANK OF PONTIAC v. VALENTINE et al. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by the First Commercial Bank of Pontiac against Moses M. Valentine and another. No opinion. Motion granted. Questions certified. Order filed. See, also, 139 N. Y. Supp. 1037.

In re FISCHER. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the petition of John Fischer for an inspection of the books and records of the Kaiser Garden Company. No opinion. Motion denied, with $10 costs.

FLOCKER v. HUDSON & M. R. CO. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Ludwig Flocker against the Hudson & Manhattan Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1123.

FOGARTY v. FOGARTY. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Patrick A. Fogarty against William P. Fogarty. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 151 App. Div. 940, 135 N. Y. Supp. 1112.

FORD et al., Appellants, v. CLENDENIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Nixola Greeley Smith Ford and another against Gabrielle G. Clendenin and others. No opinion. Judgment (137 N. Y. Supp. 54) affirmed, with costs, on the opinion of Mr. Justice Mills at Special Term.

· FORD MOTOR CO., Appellant, v. BOWRING & CO. et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. March 22, 1913.) Action by the Ford Motor Company against Bowring & Co.

and another. W. B. Crisp, of New York City, for appellant. J. H. Iselin and N. B. Beecher, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FORREST. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) In the matter of the petition of J. W. Forrest, independent candidate for Representative in Congress in and for the Twenty-Eighth congressional district of the state of New York. No opinion. Order unanimously affirmed, with costs.

FORSELL, Respondent, v. TERWILLEGER, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Carl Forsell against Frank G. Terwilleger. No opinion. Judgment affirmed, with costs.

In re FT. COMFORT INN & REALTY CO. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) In the matter of the application of the Ft. Comfort Inn & Realty Company for a voluntary dissolution of the corporation. PER CURIAM. Order modified, so that petitioner's motion shall be denied, without prejudice to the bringing of such action by the petitioner as he may be advised against the Rockland County Trust Company, both in its individual and representative capacity, and John F. MacFarlane, both individually and in his representative capacity, for the relief demanded in these proceedings, or such other and further relief as may be just, and, as so modified, the said order is affirmed, without costs.

FORYCIARSZ, Respondent, v. AMERICAN GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Josephine Foryciarsz, as administratrix, etc., against the American Gypsum Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

FOX et al. v. PEACOCK et al. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Hugh C. Fox and others against George H. Peacock and another. No opinion. Motion granted, unless appellant complies with terms stated in order, and stay vacated. Order filed. See, also, 153 App. Div. 887, 138 N. Y. Supp. 535.

FREEMAN et al., Respondents, v. INTERNATIONAL PULP CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Frank N. Freeman and another against the International Pulp Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re FROMME. (Supreme Court, Appellate Division, First Department. March 28, 1913.)

In the matter of Herman Fromme, an attorney. No opinion. Referred to official referee. Settle order on notice. See, also, 153 App. Div. 894, 137 N. Y. Supp. 1121.

---

FRONCKOWIAK et al., Appellants, v. PLATEK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department.   March 5, 1913.)   Action by Magdalena Fronckowiak and others against John Platek and another. No opinion.   Judgment affirmed, with costs. See, also, 152 App. Div. 301, 136 N. Y. Supp. 522.

---

FRONCZAK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.)   Action by Pelagia Fronczak, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM.  Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

---

GAINSBORG, Respondent, v. DEUTERMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.)   Action by Casta Gainsborg against Charles Deutermann and another. No opinion. Order modified, on argument, in so far as appealed from, in all respects, and, as modified, affirmed, with $10 costs and disbursements to the appellant Deutermann.   Settle order before Mr. Justice Carr.

---

GEITNER, Respondent, v. WESTINGHOUSE MACH. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.)   Action by George B. Geitner against the Westinghouse Machine Company.

PER CURIAM.  Judgment and order affirmed, with costs.

LAMBERT, J., dissents.

---

GENEVA MINERAL SPRINGS CO., Limited, Respondent, v. STEELE, Appellant, et al. (Supreme Court, Appellate Division, Third Department.   March 5, 1913.)   Action by the Geneva Mineral Springs Company, Limited, against Charles A. Steele, impleaded with Stephen Coursey and others.   No opinion.   Judgment unanimously affirmed, with costs.   See, also, 138 N. Y. Supp. 1117.

---

GERETY, Appellate, v. CONTINENTAL PUBLIC WORKS CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 7, 1913.)  Action by John L. Gerety against the Continental Public Works Company. No opinion.   Order affirmed, with $10 costs and disbursements, upon the authority of People v. Remington, 45 Hun, 329, on page 338, affirmed 109 N. Y. 631, 16 N. E. 680;  Matter of Stryker, 73 Hun, 327, 26 N. Y. Supp. 209, affirmed

158 N. Y. 526, 53 N. E. 525, 70 Am. St. Rep. 489.

---

GERSON et al. v. BLANCK et al.   (Supreme Court, Appellate Division, First Department.   March 28, 1913.)   Action by Robert Gerson and others against Max Blanck and others.   No opinion.   Application denied, with $10 costs.   Order signed.   See, also, 139 N. Y. Supp. 47.

---

GIBSON, Respondent, v. CASEIN MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department.   March 5, 1913.) Action by Bessie Gibson, as administratrix, etc., of Ira Gibson, deceased, against the Casein Manufacturing Company.   No opinion.   Reargument ordered, on account of absence of a quorum for a decision.

---

GLEASON v. MERCHANTS' REFRIGERATING CO.  (Supreme Court, Appellate Division, First Department.   February 28, 1913.) Action by Timothy Gleason against the Merchants' Refrigerating Company.   No opinion. Motion denied, with $10 costs.   Order filed. See, also, 139 N. Y. Supp. 1124.

---

GLENNON v. CITY OF NEW YORK.   (Supreme Court, Appellate Division, Second Department.   February 28, 1913.)   Action by Alice Glennon, an infant, by Matthew Glennon, her guardian ad litem, against the City of New York and the Tide Water Building Company. No opinion.   Order unanimously affirmed, with costs.

---

GLOVER, Respondent, v. H. P. NELSON CO., Appellant.   (Appeal No. 1.)   (Supreme Court, Appellate Division, Second Department. February 14, 1913.)   Action by Charles A. Glover against H. P. Nelson Company.

PER CURIAM.   Order reversed, with $10 costs and disbursements, and motion for judgment on the pleadings denied, with $10 costs, upon the ground that the complaint fails to show that satisfactory settlements had been received by the defendant from shipments made to various dealers to whom plaintiff sold, and under the contract commissions were only to be due and payable in that event.

HIRSCHBERG, J., votes to reverse upon the authority of Hilton & Dodge Lumber Co. v. Sizer & Co., 137 App. Div. 661, 122 N. Y. Supp. 306, with whom RICH, J., concurs.

---

GLOVER, Respondent, v. H. P. NELSON CO., Appellant.   (Appeal No. 2.)   (Supreme Court, Appellate Division, Second Department. February 14, 1913.)   Action by Charles A. Glover against H. P. Nelson Company.

PER CURIAM.   Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the ground that the complaint on which the warrant of attachment here-